JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| EDGAR TEJEDA JESUS,<br><br>        Petitioner,<br><br>        v.<br><br>ERNESTO SANTACRUZ, et al.,<br><br>        Respondents. | No. 5:26-cv-02181-AH-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

DATED: JULY 2, 2026

_____
HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE